THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBBY J. GUPPY, Appellant. [937 NYS2d 921]

Memorandum: On appeal from a judgment convicting him upon a jury verdict of three counts of assault in the third degree (Penal Law § 120.00 [1]) and one count of endangering the welfare of a child (§ 260.10 [1]), defendant contends that County Court abused its discretion in denying his request for youthful offender status. "Having considered the facts and circumstances of this case," we reject that contention (*People v Potter*, 13 AD3d 1191 [2004], *lv denied* 4 NY3d 889 [2005]; *see People v Buryta*, 85 AD3d 1621 [2011]; *see generally* CPL 720.20 [1] [a]). We decline to exercise our interest of justice jurisdiction to adjudicate defendant a youthful offender (*see generally People v Shrubsall*, 167 AD2d 929, 930-931 [1990]). Finally, we note that the certificate of conviction incorrectly recites that defendant was convicted of endangering the welfare of a child under Penal Law § 261.10 (1), and it must therefore be amended to reflect that he was convicted of that crime under Penal Law § 260.10 (1) (*see People v Saxton*, 32 AD3d 1286 [2006]). Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.